**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | ) Case No. 2-09-BK-26729-SSC |
| | ) |
| TRUJILLO, DANIEL BERNARD and | ) Chapter 7 |
| COSIO-TRUJILLO, MARIA S., | ) |
| | ) **APPLICATION FOR ORDER FOR** |
| Debtors. | ) **PAYMENT OF UNCLAIMED** |
| | ) **FUNDS TO U.S. BANKRUPTCY** |
| | ) **COURT** |
| | ) |

_____

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for this creditor is on filed with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 14.47 | 3/22/11 | Premiere Vacation Club<br>2111 E. Highland Avenue, Suite 200<br>Phoenix, AZ 85016 | $14.47 |

Dated this 13th day of April, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee